James V. Sansone, Esq. (SBN: 244671)
LAW OFFICES OF JAMES V. SANSONE
1260 N. Dutton Avenue, Suite 135
Santa Rosa, CA 95401
Telephone: (707) 542-5611
Facsimile: (707) 542-5655

Attorney for ALEX R. BORDEN ADMINISTRATOR OF THE ESTATE OF EUGENE E. SILVAS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MICHAEL WAYNE SILVAS AND JILL RAE SILVAS<br><br>Debtors,<br><br>ALEX R. BORDEN ADMINISTRATOR OF THE ESTATE OF EUGENE E. SILVAS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE SILVAS,<br><br>Defendant | Case No.: 11-13062<br>(Chapter 11)<br><br>A.P. No. |

## COMPLAINT TO EXCEPT DEBT FROM DISCHARGE

The ESTATE OF EUGENE E. SILVAS (hereinafter the "Plaintiff") allege as follows:

## I.

## PARTIES

1. The Plaintiff is ALEX R. BORDEN, Administrator of the Estate of Eugene Silvas, the estate of Defendant, MICHAEL WAYNE Silvas (the "Defendant"), deceased uncle.

2. The Defendant is an individual and the debtor in this chapter 11 case. He can be served with process via mail sent to him at 23 Buhman Court Napa, CA 94558, and to his attorney, Michael Fallon, at 100 E St Ste 219, Santa Rosa CA 95404.

## II.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1334 and 157.
4. This is a "core" proceeding pursuant to 28 U.S.C. § 157(b). This complaint is brought pursuant to 11 U.S.C. §§ 105 and 523 and Federal Rule of Bankruptcy Procedure 7001.
5. Venue is proper in this court pursuant to 28 U.S.C. §1409(a).

## III

## FIRST CLAIM FOR RELIEF TO EXCEPT DEBT FROM DISCHARGE

### (11 .S.C. §§ 105 and 523(a)(4))

6. The Plaintiff realleges the allegations contained in paragraphs 1 through 5 above.
7. Defendant is indebted to Plaintiff based on a judgment issued by the Los Angeles County Superior Court in the sum of $1,031,214.98, plus interest and reasonable attorney fees. True and accurate copies of (1) the judgment/order and (2) order re: motion for entry of bond judgment are attached to this complaint, labeled as **Exhibit 1**, and incorporated by reference herein. This money judgment arose from the Defendant's fraud or defalcation while acting in a fiduciary capacity, embezzlement or larceny (including pre-judgment interest on wrongful transactions), as a result of the following events:

   a. Defendant is the nephew of the decedent, Eugene Silvas. Defendant and his father, Frank Silvas ("Frank") (who is the brother of the decedent), were appointed co-administrators of the Estate of Eugene Silvas on June 15, 2001 by the LA County Superior Court as the two of them petitioned to be appointed as personal representative of the estate. The Order for Probate was signed on 06/29/01, and Letters of Administration were issued to them on 06/29/01.

   b. During Defendant's time as the Administrator of the Estate as evidenced by the initial First and Final Account filed by Defendant on January 18, 2008, Defendant made unauthorized and inappropriate distributions from the estate without court authority. Defendant also made unauthorized loans from the estate assets to

Complaint To Except Debt From Discharge - 2

Case: 11-01284    Doc# 1    Filed: 11/11/11    Entered: 11/11/11 15:09:57    Page 2 of 9

himself, or to entities owned by him, without court approval or notice to the heirs of the decedent's estate.

    c. On or about August 22, 2008, Plaintiff filed two petitions in state court, one to remove the Defendant and Frank as co-administrator and the other to appoint himself as successor administrator. On December 19, 2008 both petitions were granted and the Defendant and Frank were removed as co-administrators on that date.

    d. On or about December 19, 2008, Plaintiff was appointed as Successor Administrator of the Estate of Eugene Silvas, Decedent, and Letters of Administration were issued to him on February 18, 2009.

    e. Defendant never intended to turn over any estate assets to Plaintiff.

    f. Based on the above facts as evidenced by the Judgment, Defendant had mismanaged the estate assets, breached his fiduciary duty, committed fraud or defalcation, and committed misconduct during the administration of the Estate.

8. Pursuant to Section 523(a)(4) of the Bankruptcy Code, the unpaid balance of the Judgment, including accrued, unpaid post-judgment interest thereon, is accepted from the Defendant's discharge.

WHEREFORE, the Plaintiff respectfully requests that the Court:

1. Award the Plaintiff judgment declaring that the Judgment debt of the Defendant to the Plaintiff is excepted from the Defendant's discharge;
2. Award the Plaintiffs their costs of suit herein and attorney's fees to the fullest extent authorized by applicable law; and

///
///
///
///
///
///

Complaint To Except Debt From Discharge - 3
Case: 11-01284    Doc# 1    Filed: 11/11/11    Entered: 11/11/11 15:09:57    Page 3 of 9

3. Grant the Plaintiffs such other and further relief, at law or in equity, to which the Plaintiffs may be justly entitled.

Dated this 11th day of November, 2011

                          Respectfully Submitted,

                          LAW OFFICES OF JAMES V. SANSONE

                          /s/ James V. Sansone
                          James V. Sansone

**Exhibit 1**

Alex R. Borden, State Bar No. 180301
BORDEN LAW OFFICE
1518 Crenshaw Boulevard
Torrance, CA 90501

Telephone: (310) 787-7577
Facsimile: (310) 787-7067

Attorney for ALEX R. BORDEN, In Pro Per

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – NORTHEAST DISTRICT

| | |
|---|---|
| Estate of:<br><br>EUGENE E. SILVAS,<br><br><br><br><br><br>Decedent. | CASE NO. EP 005505<br><br>ORDER FOR SURCHARGE AGAINST FRANK SILVAS AND MIKE SILVAS, and FOR AMERICAN CONTRACTOR'S INDEMNITY COMPANY'S LIABILITY ON THEIR BOND |

The Petition For Surcharge of Fiduciary, filed herein by Successor Administrator, ALEX R. BORDEN, came on regularly for hearing on **December 18, 2009** at 8:30 a.m. in Department "A" of the Los Angeles Superior Court, Northeast District, before the Honorable Candace Beason, Judge presiding.

Alex R. Borden appeared, in pro per, as Petitioner.

Charles Urtuzuastegui, attorney for Frank Silvas and Mike Silvas, appeared.

Tracy Stevenson, of Lanak & Hanna, P.C., attorneys for American Contractors Indemnity Company appeared.

ORDER FOR SURCHARGE AGAINST FRANK SILVAS AND MIKE SILVAS AND FOR AMERICAN CONTRACTOR'S
INDEMNITY COMPANY'S LIABILITY ON THEIR BOND

1

The Court finds that Notice of said hearing has been given as required by law; and after viewing the pleadings and hearing testimony and argument from counsel, the Court grants the Petition, and makes the following findings:

The Court makes the following findings:

1. Frank Silvas and Mike Silvas, former personal representatives of the Estate, mismanaged the estate assets and committed misconduct during the administration of the estate; and, as such, Frank Silvas and Mike Silvas should be held accountable therefor, and surcharged in the amount of $1,031,214.98, plus interest from the date of Decedent's death (February 2, 2001), plus reasonable attorney fees and costs.

2. American Contractor's Indemnity Company, the surety on the bond posted by Frank Silvas and Mike Silvas, is liable for Frank Silvas' and Mike Silvas' acts of negligence, mismanagement and misconduct committed in their representative capacity, which caused loss to the estate.

It is Ordered, Adjudged and Decreed by the Court that:

1. Frank Silvas and Mike Silvas are surcharged in the amount of $1,031,214.98, plus interest from February 2, 2001, and reasonable attorney fees and costs; and

2. American Contractor's Indemnity Company is liable to the Estate in the amount of the surcharge, to the full extent of the bond.

Dated: DEC 3 1 2009

CANDACE J. BEASON
Judge of the Superior Court

Borden Law Office
1518 Crenshaw Boulevard
Torrance, CA 90501
(310) 787-7577

ORDER FOR SURCHARGE AGAINST FRANK SILVAS AND MIKE SILVAS AND FOR AMERICAN CONTRACTOR'S INDEMNITY COMPANY'S LIABILITY ON THEIR BOND

Case: 11-01284    Doc# 1    Filed: 11/11/11    Entered: 11/11/11 15:09:57    Page 7 of 9

2

TAStanw
10/19/2010
15918

Tracy A. Stevenson, Esq.   SBN: 162408
LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868-4983
Telephone Number: (714) 550-0418
Facsimile Number: (714) 703-1610
E-mail: tastevenson@lanak-hanna.com

Attorneys for Surety, AMERICAN
CONTRACTORS INDEMNITY COMPANY

ORIGINAL FILED
NOV 30 2010
LOS ANGELES
SUPERIOR COURT
NORTHEAST DISTRICT

RECEIVED
OCT 19 2010
PASADENA LASC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re the Estate of<br><br>EUGENE E. SILVAS,<br><br>Decedent. | Case No. EP005505<br><br>[PROPOSED] ORDER RE: MOTION FOR ENTRY OF BOND JUDGMENT JOINTLY AND SEVERALLY AGAINST MIKE SILVAS AND THE ESTATE OF FRANK E. SILVAS AND AMERICAN CONTRACTORS INDEMNITY COMPANY PURSUANT TO C.C.P. §996.440, AND FOR EXONERATION OF BOND UPON SATISFACTION |

The Motion for entry of a bond judgment jointly and severally against MIKE SILVAS and the ESTATE OF FRANK E. SILVAS and American Contractors Indemnity Company on American Contractors Indemnity Company's Bond No. 49284 in the total amount of $525,000.00, in favor of Successor Administrator Alex Borden, and for exoneration of said bonds upon satisfaction of the bond judgment, after due notice having been given, came on regularly for hearing on October 15, 2010, at 8:30 A.M., before the Honorable Matthew Osborne, Pro Tem, with Tracy A. Stevenson, Esq., appearing for AMERICAN CONTRACTORS INDEMNITY COMPANY. No other appearances made are as stated on the record. The Court granted the Motion as prayed.

Lanak & Hanna, P.C.
625 They City Dr So
Suite 190
Orange, CA 92868-4983
(714) 550-0418
Fax (714) 703-1610

1

[PROPOSED] ORDER

L:\ACIC\15918\Pleadings\101018 Proposed Order.docx

Case: 11-01284    Doc# 1    Filed: 11/11/11    Entered: 11/11/11 15:09:57    Page 8 of 9

TAS/anw
10/19/2010
15918

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT IS HEREBY ENTERED as follows:

A. Bond Judgment is entered jointly and severally against American Contractors Indemnity Company, as surety, and MIKE SILVAS and THE ESTATE OF FRANK E. SILVAS, as principals, on American Contractors Indemnity Company's Bond No. 49284, in the total amount of $525,000.00 for MIKE SILVAS's and FRANK E. SILVAS's breaches of fiduciary duties to the estate, and in favor of Successor Administrator, Alex Borden; and

B. That upon satisfaction of said bond judgment, American Contractors Indemnity Company's Bond Nos. 49284 on behalf of MIKE SILVAS and FRANK E. SILVAS as principals shall be exonerated without the necessity of any further order of this Court.

BY THE COURT

Dated: NOV 3 0 2010

*Mary Thornton House*

MATTHEW OSBORNE
Honorable Judge, Pro Tem, of the Superior Court

Lanak & Hanna, P.C.
625 They City Dr So
Suite 190
Orange, CA 92868-4983
(714) 550-0418
Fax (714) 703-1610

Case: 11-01284    Doc# 1    Filed: 11/11/11    Entered: 11/11/11 15:09:57    Page 9 of 9